■ The People of the State of New York, Respondent, v Michael Di Carluccio, Appellant. — Judgment of the Supreme Court, Queens County, rendered April 28, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J.P., Gibbons, Gulotta and Thompson, JJ., concur.

■ The People of the State of New York, Respondent, v Alberto Lopez, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County, imposed January 5, 1979. Sentence affirmed (see *People v McGowen,* 42 NY2d 905). Lazer, J.P., Mangano, Gibbons and Rabin, JJ., concur.

■ The People of the State of New York, Respondent, v Ronald P.S., Appellant. — Appeal by defendant, as limited by his motion, from two amended sentences of the County Court, Suffolk County, both imposed March 21, 1980. Amended sentences affirmed. No opinion. Lazer, J.P., Mangano, Gibbons and Rabin, JJ., concur.